# EXHIBIT A-6

Brush Wellman Inc.
14710 W. Portage River South Rd.
Elmore Ohio 43416-9502
Phone 419/862-2745
Telefax 419/862-4177
Telex II 810/490-2300

# BRUSHWELLMAN
ENGINEERED MATERIALS

December 3, 1993

*KATHY — HE ACCEPTED MY OFFER. HE IS SENDING IN AN ORDER FOR 2 YEAR SUPPLY. DM*

Jeneric/Pentron Inc.
53 N. Plains Industrial Road
Wallingford, CT 06492

ATTENTION:   Dr. Arun Prasad

SUBJECT:    1994 Be Contract - Revised

Dear Dr. Prasad:

I enjoyed the conversation and the excellent plant tour during my visit at your facility yesterday. You certainly have an impressive operation.

I have reviewed all the factors discussed with you yesterday and further examined our current cost information from the Accounting Department. We certainly value you as a customer and appreciate the professional relationship that has developed over the past ten years or so. We do not want to lose you as a valued customer, but we find that it is impossible to match or even approach your Russian offers as you indicated to me.

With this in mind, I am further reducing the offer made to you yesterday to ($275)/pound. This is as low as we can possibly go without cutting severely into our now minimal margins. This offer is valid only if you order a two year quantity of 600 pounds/year minimum (1,200 pound minimum order). You, of course, would be able to back out of the two year commitment without penalty if for some reason the FDA ruled Be illegal in Dental Alloys as we discussed yesterday.

If you do not wish to order a two year quantity, we will again supply a single year (1994) at no increase in price ($326/pound).

We look forward to continued business with your company. If you have further questions or comments please call me at (419) 862-4211. I look forward to hearing from you.

Sincerely,

David L. Mylander
Manager - Sales Administration

ENC:  Proposal #3 (History and Graph)

BW-PEN 00531

PROPOSAL NO. 3
==============
JENERIC PENTRON
==============
(DR. PRASAN)
==============

| ORDER ENTERED | ORDER SHIPPED | BWI ORDER NO. | QUANTITY (POUNDS) | SELLING PRICE | INCREASE (%) |
|---|---|---|---|---|---|
| 1983 | 1984 | EMA347 | 600 | $214 | |
| 1984 | 1985 | EMB134 | 600 | $226 | 5.6 |
| 1985 | 1986 | EMD079 | 600 | $237 | 4.9 |
| 1986 | 1987 | EMD615 | 600 | $237 | 0.0 |
| 1987 | 1988 | EMA653 | 700 | $282 | 19.0 |
| 1988 | 1989 | EMB350 | 600 | $290 | 2.9 |
| 1989 | 1990 | EMD112 | 650 | $296 | 2.1 |
| 1990 | 1991 | EMD306 | 600 | $308 | 4.1 |
| 1991 | 1992 | EMA338 | 600 | $326 | 5.9 |
| 1992 | 1993 | EMA866 | 600 | $326 | 0.0 |
| 1993 | 1994 | | 600 | $275 | -15.6 |
| 1994 | 1995 | | 600 | $275 | 0.0 |
| | | | | (AVERAGE) | 2.63 |



BW-PEN 00532