# EXHIBIT A-8

# BRUSHWELLMAN
ENGINEERED MATERIALS

INVOICE

BRUSH WELLMAN INC.    FED.ID.# 34/0119329    PHONE(216)486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERM | GOVT | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 2/15/93 | 15876 | 499750B | 88 | | | EM8271-003 | 03/16/9 |

JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD     CT 06492-0724

SHIP TO:
JENERIC/PENTRON INC.
53 N. PLAINS INDUSTRIAL RD.
WALLINGFORD     CT 06492

| OB: | FREIGHT TERMS | | WAYBILL | |
|---|---|---|---|---|
| ELMORE, OH | PPD&CH6 | EM8271 | | 000229 |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 03/15/94 | 1 DRUM | 61 LBS. | UPS/11.63 |

| DESCRIPTION | QUANTITY ORDERED | UM | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 1)BRUSH PART: MP30000 (70503-000) BERYLLIUM VACUUM CAST LUMP | 1,200. | LB | 275.00 | 1,050.0 | 50.0 | $13,750.0 |
| FILE NO: 1000 SPEC: S-26 REV: D | | | | | | |
| | | | | UPS CHARGES | | 11.63 |
| | | | | INVOICE TOTAL | | $13,761.63 |

1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT.

2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER.

3) PRICE OF $275.00 PER LETTER OF DAVE MYLANDER 12-3-93.(PRICE VALID IF TWO YEAR QUANTITY OF 600 LBS. PER YEAR (1200 LBS. MINIMUM ORDER) IS PLACED.

PAID  APR 13 1994
31419

ORDER IS PARTIAL

MP30003

REMIT TO:
BRUSH WELLMAN INC.
P.O. BOX 70768
CHICAGO, IL 60673-0768

# BRUSH WELLMAN
ENGINEERED MATERIALS

INVOICE

BRUSH WELLMAN INC.   FED.ID.# 34/0119320   PHONE(216)486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOV'T | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 12/15/93 | 15876 | 6997508 | 88 | | | B271-016 | 04/10/95 |

BILL TO:
JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD        CT 36492-0724

SHIP TO:
JEN/PENTRON INC.
53 MAINS INDUSTRIAL RD.
WALIORD            CT 06492

| FREIGHT TERMS | | | WAY | |
|---|---|---|---|---|
| FOB: ELMORE, OH | PPD&CHG | EMB271 | | 000229 |

| TERMS | DATE SHIPPED | NO. CONTAINERS | WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 04/07/95 | 1 DRUM | 61 L | UPS / 12.21 |

| DESCRIPTION | QUANTITY ORDERED | UM | UNIT PRICE | QTY B/ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| RUSH PART: HP30000 70503-000) BERYLLIUM VACUUM CAST .UMP | 1,200.0 | LB | 275.00 | 30.0 | 50.0 | $13,750.00 |
| FILE NO: 1000 SPEC: B-26 REV: D | | | | | | |
| | | | | | INVOICE | $13,750.00 |
| 1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| 2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER. | | | | | | |
| 3) PRICE OF $275.00 PER LETTER OF DAVE MYLANDER 12-3-93.(PRICE VALID IF TWO YEAR QUANTITY OF 600 LBS. PER YEAR (1200 LBS. MINIMUM ORDER) IS PLACED. | | | | | | |
| | | | | | THIS PARTIAL | |

PAID MAY-3 40199

01 HP30000

REMIT TO:
BRUSH WM INC.
P. O. 10768
CHICAGO 60673-0768

# BRUSH WELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGEMENT - ORDER

BRUSH WELLMAN INC. ELMORE, OH 43416 PHONE: (419) 662-3745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | GOV'T AGY. | PRIORITY | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| VERBAL REQUEST | 03/19/92 | 03/19/92 | | | EMR957 |

| | CUSTOMER NO. | TERR. | TERMS |
|---|---|---|---|
| JENERIC/PENTRON INC.<br>P.O. BOX 724<br>WALLINGFORD    CT 06492-0724 | 499756 | C 88 | NET 30 DAYS |
| | FREIGHT TERMS | | |
| | FOR: ELMORE, OH | | PREP: |
| | REQUESTED ROUTE | | |
| | OVERNIGHT | | |

JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD    CT 06492-0724

SHIP TO:
JENERIC/PENTRON INC.
53 N. PLAINS INDUSTRIAL RD.
WALLINGFORD    CT 06492

| DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISED DATE WEEK OF |
|---|---|---|---|---|---|
| BRUSH PART: HF30410<br>(79991-000)<br>R & D PRODUCTS | .2<br><br>.0 | OZ<br><br>LB<br>NC | <br><br>.00 | 03/19/92<br>.2 | 03/19/92<br>.2 |
| PER SPEC: NS-R AND D<br>ALBEMET 160 POWDER, MINIMUM .2 OZ.<br>OR 5 GRAMS. | | | | | |
| NOTE:  WEIGHT IS APPROXIMATE. | | | | | |
| NO CERTS REQUIRED. | | | | | |
| SIGNED INDEMNIFICATION STATEMENT<br>DATED OCTOBER 1991 APPLIES TO THIS<br>ORDER. | | | | | |

INSTRUCTIONS:

J. CHOMICH          CHARGE TO ACCOUNT #4510
D. MYLANDER         (J. CHOMICH). MATERIAL TO BE
L. LANE             FURNACE OXIDIZED TO USE AS A
                    COATING FOR TITANIUM.

N/A

PLAINTIFF'S EXHIBIT

# BRUSHWELLMAN
ENGINEERED MATERIALS

**INVOICE**

BRUSH WELLMAN INC.   FED.ID.# 34/0119320   PHONE (216)486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOV'T | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 1/31/95 | VERBAL/NYLANDER | 4997508 | 88 | | | FN2093-001 | 04/17/95 |

JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD        CT 06492-0724

SHIP TO:
JENERIC/PENTRON INC.
53 N. PLAINS INDUSTRIAL RD.
WALLINGFORD        CT 06492

| FOB | FREIGHT TERMS | WAYBILL | | |
|---|---|---|---|---|
| ELMORE, OH | PREPAID | 5068208095 | | 000229 |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NT 30 DAYS | 04/13/95 | 1 CTN. | 3 LBS. | FED.EXP. |

| DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| BRUSH PART: MP30579 (79901-000) BE PEBBLE | 2.0 | LB | | .0 | 2.0 | $.00 |
| | 2.0 | LB | NC .00 | | | |
| FILE NO: 1570 SPEC: NS-MISC | | | | | | |
| | | | | INVOICE TOTAL | | $.00 |

CERTIFICATION OF ANALYSIS
REQUIRED WITH SHIPMENT.

SIGNED INDEMNIFICATION OF APRIL
1995 APPLIES TO THIS ORDER.

BERYLLIUM IS A STRATEGIC COMMODITY
THAT IS CONTROLLED BY THE U.S.
DEPARTMENT OF COMMERCE FOR REASONS
OF NATIONAL SECURITY AND NUCLEAR
NON-PROLIFERATION. ITS ECCN NO. IS
1C19A. ITS PROCESSING CODE IS CN.
YOU CAN CONTACT YOUR LOCAL DEPART-
MENT OF COMMERCE OR THE EXPORTER
ASSISTANCE STAFF AT (202)482-4811
FOR ASSISTANCE.

IT IS THE RESPONSIBILITY OF JENERIC
PENTRON TO OBTAIN A VALID EXPORT
LICENSE.

THESE COMMODITIES LICENSED FOR
ULTIMATE DESTINATION UNITED STATES
OF AMERICA. DIVERSION CONTRARY TO
U.S. LAW IS PROHIBITED.

MP30579

REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 70763
CHICAGO, IL 60673-0763

# BRUSHWELLMAN
ENGINEERED MATERIALS

ACKNOWLEDGMENT 

BRUSH WELLMAN INC.     ELMORE, OH 43416    PHONE: (419) 862-2745

| CUSTOMER'S ORDER NO. | ORDER DATE | DATE ENTERED | BUY'T AGT. | PRIORITY | OUR ORDER NUMBER | |
|---|---|---|---|---|---|---|
| RBAL/MYLANDER | 03/31/95 | 03/31/95 | | | EMZ823 | CH |

| CUSTOMER NO. | TERR. | TERMS | | NB |
|---|---|---|---|---|
| 499750 B | 88 | NET 30 DAYS | | BL |

JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD          CT 06492-0724

FOB: ELMORE, OH    PREPA

REQUESTED ROUTE: BEST WAY

JENERIC/PENTRON INC.                S  JENERIC/PENTRON INC.
P.O. BOX 724                        H  53 N. PLAINS INDUSTRIAL RD.
WALLINGFORD       CT 06492-0724     P  WALLINGFORD         CT 06492
                                    T
                                    O

| DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISED DATE WEEK OF |
|---|---|---|---|---|---|
| 4-11-95. CHANGE ORDER ISSUED TO REVISE DELIVERY DATE | | | | | |
| BRUSH PART: MP30579 (79901-000) BE PEBBLE | 2.0 | LB NO | .00 | 04/11/95 2.0 | 04/21/95 2.0 OR SOONER |
| FILE NO: 1570 SPEC: NS-MISC | | | | | |
| CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | |
| SIGNED INDEMNIFICATION OF APRIL 1995 APPLIES TO THIS ORDER. | | | | | |
| BERYLLIUM IS A STRATEGIC COMMODITY THAT IS CONTROLLED BY THE U.S. DEPARTMENT OF COMMERCE FOR REASONS OF NATIONAL SECURITY AND NUCLEAR NON-PROLIFERATION. ITS ECCN NO. IS 1C19A, ITS PROCESSING CODE IS CH. YOU CAN CONTACT YOUR LOCAL DEPARTMENT OF COMMERCE OR THE EXPORTER ASSISTANCE STAFF AT (202)482-4811 FOR ASSISTANCE. | | | | | |
| IT IS THE RESPONSIBILITY OF JENERIC PENTRON TO OBTAIN A VALID EXPORT LICENSE. | | | | | |
| THESE COMMODITIES LICENSED FOR | | | | | |

# BRUSHWELLMAN
ENGINEERED MATERIALS

INVOICE

BRUSH WELLMAN INC.  FED.ID.# 34/0119320  PHONE (216) 486-4200

| DEL DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOVT | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 7/15/93 | 15a76 | 499750B | 88 | | | EM8271-017 | 05/15/95 |

JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD       CT 06492-0724

SHIP TO:
JENERIC/PENTRON INC.
53 N. PLAINS INDUSTRIAL RD.
WALLINGFORD       CT 06492

| FROM: ELMORE, OH | FREIGHT TERMS PPD&CHG EM8271 | WAYBILL 000229 |
|---|---|---|

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 05/12/95 | 1 CTN. | 55 LBS. | UPS/11.88 |

| DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| BRUSH PART: MP30000 (70503-000) BERYLLIUM VACUUM CAST LUMP | 1,200.0 | LB | 275.00 | 350.0 | 50.0 | $13,750.00 |
| FILE NO: 1000 SPEC: 9-26  REV: D | | | | | | |
| | | | UPS | | | 11.88 |
| | | | INVOICE TOTAL | | | $13,761.88 |

1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT.

2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER.

3) PRICE OF $275.00 PER LETTER OF DAVE MYLANDER 12-3-93.(PRICE VALID IF TWO YEAR QUANTITY OF 600 LBS. PER YEAR (1200 LBS. MINIMUM ORDER) IS PLACED.

PAID JUN - 7 1995
70745 KC

ORDER IS PARTIAL

MP30000

REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 70768
CHICAGO, IL 60673-0768

# BRUSH WELLMAN
### ENGINEERED MATERIALS

INVOICE

BRUSH WELLMAN INC.  FED.ID.# 34/0119320  PHONE(216)486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOV'T | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 7/15/93 | 15976 | 499750B | 88 | | | ENB271-018 | 06/12/95 |

JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD     CT 06492-0724

SHIP TO:
JENERIC/PENTRON INC.
53 N. PLAINS INDUSTRIAL RD.
WALLINGFORD     CT 06492

| FROM | FREIGHT TERMS | | WAYBILL | 000229 |
|---|---|---|---|---|
| O: ELMORE, OH | PPD&CHG | ENB271 | | |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NT 30 DAYS | 06/09/95 | 1 CTN. | 55 LBS. | UPS/11.88 |

| DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| BRUSH PART: HP30000 (79503-080) BERYLLIUM VACUUM CAST LUMP | 1,200.0 | LB | 275.00 | 300.0 | 50.0 | $13,750.00 |
| FILE NO: 1000 SPEC: B-26 REV: D | | | | | | |
| | | | UPS | | | 11.88 |
| | | | INVOICE TOTAL | | | $13,761.88 |
| 1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT. | | | | | | |
| 2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER. | | | | | | |
| 3) PRICE OF $275.00 PER LETTER OF DAVE NYLANDER 12-3-93.(PRICE VALID IF TWO YEAR QUANTITY OF 600 LBS. PER YEAR (1200 LBS. MINIMUM ORDER) IS PLACED. | | | | | | |
| | | | ORDER IS PARTIAL | | | |

PAID JUL 12 1995

HP30000

REMIT TO:
BRUSH WELLMAN INC.
P.O. BOX 73768
CHICAGO, IL 60673-0763

# BRUSHWELLMAN
## ENGINEERED MATERIALS

INVOICE

BRUSH WELLMAN INC.   FED.ID.# 34/0119320   PHONE(216)486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOV'T | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 2/15/93 | 15876 | 8997508 | 88 | | | EM8271-006 | 06/14/94 |

JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD    CT 06492-0724

SHIP TO:
JENERIC/PENTRON INC.
53 N. PLAINS INDUSTRIAL RD.
WALLINGFORD    CT 06492

| OB: ELMORE, GH | FREIGHT TERMS PPD&CHG | EM8271 | WAYBILL | 000229 |
|---|---|---|---|---|

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 06/13/94 | 1 DRUM | 61 LBS | UPS / 11.63 |

| DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| 1 BRUSH PART: NP30000 (70503-000) BERYLLIUM VACUUM CAST LUMP  FILE NO: 1000 SPEC: B-26 REV: 0 | 1,200.0 | LB | 275.00 | 900.0 | 50.0 | $13,750.0 |

PAID
JUL - 7 1994

UPS  3254 /L            11.6

INVOICE TOTAL    $13,761.6

1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT.

2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER.

3) PRICE OF $275.00 PER LETTER OF DAVE MYLANDER 12-3-93.(PRICE VALID IF TWO YEAR QUANTITY OF 600 LBS. PER YEAR (1200 LBS. MINIMUM ORDER) IS PLACED.

ORDER IS PARTIAL

REMIT TO:
BRUSH WELLMAN INC.
P. O. BOX 70768
CHICAGO, IL 60673-0768

# BRUSH WELLMAN
ENGINEERED MATERIALS

**INVOICE**

BRUSH WELLMAN INC.    FED. I.D.# 34/0119320    PHONE (216) 486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOV'T | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 2/15/93 | 19876 | 499756B | 88 | | | EM8271-005 | 05/23/94 |

| SOLD TO | SHIP TO |
|---|---|
| JENERIC/PENTRON INC.<br>P.O. BOX 724<br>WALLINGFORD    CT 06492-0724 | JENERIC/PENTRON INC.<br>53 N. PLAINS INDUSTRIAL RD.<br>WALLINGFORD    CT 06492 |

| FOB | FREIGHT TERMS | WAYBILL | |
|---|---|---|---|
| FOB: ELMORE, OH | PPD&CHG EM8271 | | 000229 |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 05/20/94 | 1 DRUM | 61 LBS. | UPS/$1.63 |

| DESCRIPTION | QUANTITY ORDERED | UM | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| BRUSH PART: MP3600C<br>(70563-006)<br>BERYLLIUM VACUUM CAST<br>LUMP<br><br>FILE NO: 1004<br>SPEC: 3-26<br>REV: 0 | 1,200.0 | LB | 275.00 | 950.0 | 50.0 | $13,750.00 |

UPS    $1.63

INVOICE TOTAL    $13,751.63

1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT.

2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER.

3) PRICE OF $275.00 PER LETTER OF DAVE MYLANDER 12-3-93. (PRICE VALID IF TWO YEAR QUANTITY OF 500 LBS. PER YEAR (1200 LBS. MINIMUM ORDER) IS PLACED.

PAID JUN 22 1994    32343

ORDER IS PARTIAL

REMIT TO:
BRUSH WELLMAN INC.
P.O. BOX 71768
CHICAGO, IL 60673-3768

# BRUSH WELLMAN
### ENGINEERED MATERIALS

INVOICE

BRUSH WELLMAN INC.     FED. ID. # 34/0119320     PHONE (216) 486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOVT | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 2/15/93 | 15876 | 499758B | 08 | | | EM8271-004 | 04/28/94 |

SOLD TO:
JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD    CT 06492-0724

SHIP TO:
JENERIC/PENTRON INC.
53 N. PLAINS INDUSTRIAL RD.
WALLINGFORD    CT 06492

| FOB | FREIGHT TERMS | | WAYBILL | | | 000229 |
|---|---|---|---|---|---|---|
| ELMORE, OH | PPD&CHG | EM8271 | | | | |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 04/27/94 | 1 DRUM | 61 LBS. | UPS/11.63 |

| DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| BRUSH PART: #P30000 (78503-000) BERYLLIUM VACUUM CAST LUMP | 1,200.0 | LB | 275.00 | 1,000.0 | 50.0 | $13,750.00 |
| FILE NO: 1000 SPEC: 8-26 REV: D | | | | | | |
| | | | | UPS | | 11.63 |
| | | | | INVOICE TOTAL | | $13,761.63 |

1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT.

2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER.

3) PRICE OF $275.00 PER LETTER OF DAVE NYLANDER 12-3-93. (PRICE VALID IF TWO YEAR QUANTITY OF 600 LBS. PER YEAR (1200 LBS. MINIMUM ORDER) IS PLACED.

PAID   MAY 26 1994

ORDER IS PARTIAL

#P30000

REMIT TO:
BRUSH WELLMAN INC.
P.O. BOX 70768
CHICAGO, IL 60673-0768

# BRUSHWELLMAN
ENGINEERED MATERIALS

INVOICE

BSH WELLMAN INC.  FED.ID.# 34/0119320  PHONE(216)486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERM | GOV'T | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 2/15/93 | 15876 | 499750B | 88 | | | EM8271-002 | 02/16/9 |

JENERIC/PENTRON INC.  
P.O. BOX 724  
WALLINGFORD    CT 06492-0724

SHIP TO:  
JENERIC/PENTRON INC.  
53 N. PLAINS INDUSTRIAL RD.  
WALLINGFORD    CT 06492

| OB: ELMORE, OH | FREIGHT TERMS PPD&CHG | WAYBILL E.B271 | | 00.0229 |
|---|---|---|---|---|

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 02/15/94 | 1 DRUM | 61 LBS. | UPS/11.63 |

| DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| BRUSH PART: MP30000 (71503-300) BERYLLIUM VACUUM CAST LUMP | 1,200.0 | LB | 275.00 | 1,100.0 | 50.0 | $13,750.0 |
| FILE NO: 1000 SPEC: B-26 REV: 0 | | | | | | |
| | | | UPS CHARGES | | | 11.6 |
| | | | INVOICE TOTAL | | | $13,761.6 |

1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT.

2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER.

3) PRICE OF $275.00 PER LETTER OF DAVE MYLANDER 12-3-93.(PRICE VALID IF TWO YEAR QUANTITY OF 600 LBS. PER YEAR (120 LBS. MINIMUM ORDER) IS PLACED.

PAID MAR 16 1994  
B1001 XP

ORDER IS PARTIAL

MP30000

REMIT TO:  
BRUSH WELLMAN INC.  
P. O. BOX 70768  
CHICAGO, IL 60673-0768

# BRUSHWELLMAN
## ENGINEERED MATERIALS

**INVOICE**

BRUSH WELLMAN INC.  FED.ID.# 34/0119320  PHONE (216) 486-4200

| ORDER DATE | CUSTOMER'S ORDER NO. | CUSTOMER NO. | TERR | GOVT | PRIORITY | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 2/15/93 | 15876 | 499750B | 88 | | | EMB271-001 | 01/17/9 |

JENERIC/PENTRON INC.  
P.O. BOX 724  
WALLINGFORD  CT 06492-0724

SHIP TO:  
JENERIC/PENTRON INC.  
53 N. PLAINS INDUSTRIAL RD.  
WALLINGFORD  CT 06492

| FREIGHT TERMS | | | WAYBILL | |
|---|---|---|---|---|
| OD: ELMORE, OH | PPD&CHG | EMB271 | | 000229 |

| TERMS | DATE SHIPPED | NO. CONTAINERS | GROSS WGT. | SHIPPED VIA |
|---|---|---|---|---|
| NET 30 DAYS | 01/14/94 | 1 DRUM | 61 LBS | UPS / 11.17 |

| DESCRIPTION | QUANTITY ORDERED | U/M | UNIT PRICE | QUANTITY BACK ORDERED | QUANTITY SHIPPED | DOLLAR AMOUNT |
|---|---|---|---|---|---|---|
| BRUSH PART: HP30000 (70503-000) BERYLLIUM VACUUM CAST LUMP | 1,200.0 | LB | 275.00 | 1,150.0 | 50.0 | $13,750.00 |
| FILE NO: 1003 SPEC: 3-26 REV: D | | | | | | |
| | | | | UPS | | 11.1 |
| | | | | INVOICE TOTAL | | $13,761.1 |

1) CERTIFICATION OF ANALYSIS REQUIRED WITH SHIPMENT.

2) SIGNED INDEMNIFICATION DOCUMENT OF DECEMBER 1993 APPLIES TO THIS ORDER.

3) PRICE OF $275.00 PER LETTER OF DAVE WYLANDER 12-3-93. (PRICE VALID IF TWO YEAR QUANTITY OF 600 LBS. PER YEAR (1200 LBS. MINIMUM ORDER) IS PLACED.

PAID FEB 10  
CK#30450.00  IS PARTIAL

HP30000

REMIT TO:  
BRUSH WELLMAN INC.  
P.O. BOX 73768  
CHICAGO, IL 60673-0768

# BRUSHWELLMAN
ENGINEERED MATERIALS

BSH WELLMAN INC.     ELMORE, OH 43416   PHONE: (419) 862-2745

| TOWER'S ORDER NO. | ORDER DATE | DATE ENTERED | GOV'T AGY. | PRIORITY | OUR ORDER NUMBER |
|---|---|---|---|---|---|
| BAL/MYLANDER | 03/31/95 | 03/31/95 | | ▶ | EM2693 ◀ |

| CUSTOMER NO. | TERMS | |
|---|---|---|
| 499750 B | 99 | NET 30 DAYS |

FOB: ELMORE, OH    PREPA

REQUESTED ROUTE: BEST WAY

JENERIC/PENTRON INC.
P.O. BOX 724
WALLINGFORD        CT 06492-0724

S JENERIC/PENTRON INC.
H 53 N. PLAINS INDUSTRIAL RD.
I
P WALLINGFORD        CT 06492
T
O

| DESCRIPTION | QUANTITY ORDERED | UNIT OF MEAS | UNIT PRICE | REQUESTED DATE WEEK OF | PROMISED DATE WEEK OF |
|---|---|---|---|---|---|
| BRUSH PART: MP30579 (77901-000) BE PEBBLE | 2.0 | LB NC | .00 | 04/11/95 2.0 | 04/11/95 2.0 |

FILE NO: 1570
SPEC: NS-MISC

CERTIFICATION OF ANALYSIS
REQUIRED WITH SHIPMENT.

SIGNED INDEMNIFICATION OF APRIL
1995 APPLIES TO THIS ORDER.

BERYLLIUM IS A STRATEGIC COMMODITY
THAT IS CONTROLLED BY THE U.S.
DEPARTMENT OF COMMERCE FOR REASONS
OF NATIONAL SECURITY AND NUCLEAR
NON-PROLIFERATION. ITS ECCN NO. IS
1C19A, ITS PROCESSING CODE IS CM.
YOU CAN CONTACT YOUR LOCAL DEPART-
MENT OF COMMERCE OR THE EXPORTER
ASSISTANCE STAFF AT (202)482-4811
FOR ASSISTANCE.

IT IS THE RESPONSIBILITY OF JENERIC
PENTRON TO OBTAIN A VALID EXPORT
LICENSE.

THESE COMMODITIES LICENSED FOR
ULTIMATE DESTINATION UNITED STATES
OF AMERICA. DIVERSION CONTRARY TO
U.S. LAW IS PROHIBITED.