IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Brush Wellman Inc., <br><br> Plaintiff, <br><br> v. <br><br> Jeneric/Pentron, Inc., et al., <br><br> Defendants. | Civil Action No. 1:03 CV 2305 <br><br> Judge Christopher Boyko |
| Jeneric/Pentron, Inc., et al., <br><br> Plaintiff, <br><br> v. <br><br> Brush Wellman Inc. <br><br> Defendant. | Civil Action No. 1:04 CV 721 <br><br> Judge Christopher Boyko |

## AGREED ADDENDUM TO PROTECTIVE ORDER

This Addendum shall modify that certain Stipulated Protective Order entered in this action on October 20, 2005.

In addition to the provisions of that protective order, the parties agree that any unredacted invoices produced by plaintiff Brush Wellman Inc. ("Brush") in this action shall not be disclosed to counsel of record for Jeneric/Pentron, Inc. and/or Pentron Laboratory Technologies, L.L.C., or any of their affiliates, predecessors, successors and assigns (collectively "Pentron") in *Millangue v. Jeneric/Pentron, Inc. et al.*, No. 02-62300-4 (Nueces County, Texas); *Simon v. Brush Wellman Inc., et al.*, No. 03-CA-6597-AO (Palm Beach County, Florida); *Blackstock v. Jensen Pentron, Inc., et al.*, No. 3:05CV163 (Hinds County, Mississippi); *Hill v. Brush Engineered Materials*

CLI-1609544v1

*Inc., et al.*, No. WMN 05 CV 254 (U.S.D.C., D. Md.); or in any similar future case in which claims are asserted against Pentron and Brush (or their succcessors) relating to or arising out of alleged exposures to beryllium or dental alloys made with beryllium.

The parties agree that information contained in any unredacted invoices produced by Brush in this action may be used only for purposes of this action, and may not be used in connection with any other action.

Nothing in this Agreed Addendum shall be interpreted to disqualify Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") from serving as counsel for Pentron in any other action, now or in the future, nor shall this Agreed Addendum or anything in it be cited in support of any motion or other attempt to disqualify Akin Gump from serving as counsel for Pentron in any other action, now or in the future.

IT IS SO ORDERED.

DATED this 22nd day of April, 2008.

Hon. Nancy A. Vecchiarelli
UNITED STATES MAGISTRATE JUDGE

CLI-1609544v1